Dear Judge Joseph                                         APR 1 6 2013

This is Nicole Talsky I think you will remember me. I was just writting you to thank you for everything you did for me by giving me more than one chance and believing in me when no one else did. When you gave me yet another chance and said I could get out on the bracelet if the place was approved, which the place was approved, I was so grateful that I had a chance to show that I could do the right thing. Well the DA appealed it so we ended up going in front Judge Ranada who than overuled your decision. I think maybe he thought I didn't learn my lesson. Jail has been hard for me but there isn't much I can do. I just wanted you to know I am determined to achieve my goals in life of having a decent career and a drug free life. I just want to thank you for everything. I am going to make an appeal for a bond review in two months so maybe we will see each other again. If not I will make sure I contact you in the future to let you know how things are going. You made a difference in my life by having faith in me.

Thank you                    Nicole Talsky

Case 2:12-cr-00189-RTR   Filed 04/16/13   Page 1 of 1   Document 193