# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**UNITED STATES OF AMERICA,**

        Plaintiff,

   **v.**                                      Case No. 12-Cr-189

**NICOLE TALSKY, et al,**

        Defendants.

## ORDER GRANTING THE DEFENDANT'S UNOPPOSED MOTION FOR PREPARATION OF A PRE-PLEA PRESENTENCE REPORT

Upon consideration of the defendant's unopposed motion for an order authorizing the United States Probation Office to prepare a pre-plea presentence report, it is:

**ORDERED** that the motion is hereby GRANTED; it is further

**ORDERED** that the United States Probation Office is authorized to prepare a pre-plea presentence report for defendant Nicole Talsky, limited to Talsky's criminal history computation pursuant to Section 4A1.1 of the United States Sentencing Guidelines and, as appropriate, Title 18 United States Code, Section 924(3), no later than September 3, 2013; and, it is further

**ORDERED** that the period of delay during which the relevant motion has been under advisement as well as the time required for preparation of the requested report

constitute periods of delay that, in the interest of justice, should be excluded from the speedy trial calculation to Title 18 United States Code, Section 3161(c)(1).

Dated at Milwaukee, Wisconsin, this **19th** day of **July**, 2013.

**BY THE COURT:**

**HON. RUDOLPH T. RANDA**
**U.S. District Judge**