# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**UNITED STATES OF AMERICA**

    v.                                **Case No. 12-Cr-189**

**NICOLE TALSKY**

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that the above-entitled case is scheduled for a:

### CHANGE OF PLEA HEARING

at the Federal Courthouse, 517 E. Wisconsin Ave. Milwaukee, WI,

at **11:00 a.m**. on **Wednesday, October 16, 2013**, in **Courtroom 320**,

before **U.S. District Judge Rudolph T. Randa.**

**IF THE DEFENDANT IS FREE ON BOND, BOND WILL BE FORFEITED IF THE DEFENDANT FAILS TO APPEAR.**

                                                       Jon W. Sanfilippo
                                                       Clerk, U.S. District Court

                                                       by: *s/ Linda M. Zik*      **October 7, 2013**
                                                        Linda M. Zik             Dated
                                                        Courtroom Deputy Clerk
                                                        (414) 297-3072

<u>Defendant's Attorney</u>
**Amelia L. Bizzaro**
**Bizzaro Law, LLC**
**2266 North Prospect Avenue - Suite 310**
**Milwaukee, Wisconsin 53202**

<u>Defendant</u>
**In Custody**                                      **XX** U.S. Attorney **AUSA Erica N. O'Neil**

                                                    **XX** U.S. Marshal

                                                    **XX** U.S. Probation