UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA,

        Plaintiff,

v.                                Case No. 12-Cr-189 (RTR)

NICOLE TALSKY,

        Defendant.

---

## INFORMATION

---

### COUNT ONE

**THE UNITED STATES ATTORNEY CHARGES:**

    1.    Beginning sometime in 2010, and continuing until August 31, 2012, in the State and Eastern District of Wisconsin and elsewhere,

**NICOLE TALSKY**

knowingly and intentionally conspired with each other and persons known and unknown to distribute controlled substances, in violation of Title 21, United States Code, Section 841(a)(1).

    2.    The offense involved 500 grams or more of a mixture and substance containing cocaine, a Schedule II controlled substance; 28 grams or more of a mixture and substance containing cocaine base, in the form of "crack" cocaine, a Schedule II controlled substance; and 100 grams or more of a mixture or substance containing heroin, a Schedule I controlled substance.

    All in violation of Title 21, United States Code, Sections 841(b)(1)(B) and 846 and Title 18, United States Code, Section 2.

Oct. 16, 2013
Date

JAMES L. SANTELLE
United States Attorney