## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

## COURT MINUTES

HON. **Rudolph T. Randa**, presiding.     Deputy Clerk:     **Linda M. Zik**

DATE: **October 16, 2013  11:00 a.m.**     Court Reporter:     **Heidi Trapp**

CASE NO. **12-Cr-189**     Time Called: **11:01 am.**

UNITED STATES v. **Nicole Talsky**     Time Concluded: **11:18 am.**

PROCEEDING:     **CHANGE OF PLEA**

UNITED STATES by:     **Erica N. O'Neil**

PROBATION OFFICER:     **Sara M. Nieling**

DEFENDANT: **Nicole Talsky,** in person, and by

ATTORNEY: **Amelia L. Bizzaro**

---

**X**   Information filed today     **X**   Waiver of Indictment signed and filed today
     Plea Agreement filed today

Plea: **Guilty** to Count **1** of the Information (Indictment to be dismissed at sentencing)

**X**   Adjudged Guilty     **X**   Presentence Report ordered

Sentencing date: **January 6, 2014 at 10:00 a.m.**

*Sentencing Memorandums and motions must be filed at least one-week prior to the sentencing date.*

**X**   Defendant remanded to custody of U.S. Marshal
     Bond continued as previously set

Defendant sworn. Defendant waives the reading of the Information. Court questions defendant. Government's offer of proof is in the Plea Agreement. Rule 32 waived in the Plea Agreement.

Court notes the Information states heroin but the Plea Agreement only states cocaine or crack cocaine. Government notes the Information is in the conjunctive so it only has to be cocaine, crack cocaine *or* heroin, but the penalties remain the same. Defense counsel states the Plea Agreement contemplates crack cocaine.

Penalties:
Imprisonment: 5-40 years;  Fine: $5,000,000.00 max.;  Special Assessment: $100.00;
Supervised Release: 4 years minimum; Restitution; Forfeiture